**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

CRIMINAL ACTION NO. 16-22-DLB-CJS-8

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

THOMAS LOWELL JONES, III                                                              DEFENDANT

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the May 29, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Thomas Lowell Jones, III's supervised release and impose a sentence of thirteen (13) months incarceration, credit to be given for time served since his February 21, 2018 detention on the charged violations, with no term of supervised release to follow. (Doc. # 417). On March 1, 2018, Magistrate Judge Smith conducted a Final Revocation Hearing. (Doc. # 407). At the Final Revocation Hearing, Magistrate Judge Smith heard testimony from United States Probation Officer Thomas Barbeau and also heard arguments from counsel. *Id.* At the conclusion of the hearing, Magistrate Judge Smith took the matter under submission. *Id.*

Ultimately, Magistrate Judge Smith found that the United States had proven by a preponderance of the evidence that the Defendant violated the conditions of his supervised release, as set out in the January 18, 2018 Violation Report (Doc. # 408) and the February 26, 2018 Addendum (Doc. # 409). The R&R thoroughly explains Magistrate Judge Smith's reasons for so finding. (Doc. # 417 at 3-9).

1

The Defendant having executed a waiver of his right to allocution (Doc. # 18) and having informed the Court that he has no objection to the R&R (Doc. # 418), the R&R is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 417) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release as set forth in as set out in the January 18, 2018 Violation Report (Doc. # 408) and the February 26, 2018 Addendum (Doc. # 409);

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the custody of the Attorney General for a term of imprisonment of **thirteen (13) months, credit to be given for time served since his February 21, 2018 detention on the charged violations, with no term of supervised release to follow**; and

(5) An Amended Judgment shall be filed concurrently herewith.

This 17th day of June, 2018.



Signed By:
<u>David L. Bunning</u> *DB*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2016\16-22-8 Order Adopting R&R re SRV.docx